| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 03-66-B-W-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* Pending  CR-06-63-HE |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: **TIMOTHY SOUTHARD** (Oklahoma) | DISTRICT MAINE | DIVISION Bangor |
|---|---|---|
| | NAME OF SENTENCING JUDGE Hon. John A. Woodcock, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 01/03/06    TO 01/02/09 |

OFFENSE

Possession of a Sawed-Off Shotgun

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the WD/OK-Oklahoma City, upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_3/7/06_
Date

_/s/ John A. Woodcock_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WD/OK

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_3/16/06_
Effective Date

_/s/_
United States District Judge

FILED
MAR 20 2006
ROBERT D. DENNIS
U.S. DIST. COURT/WESTERN DIST OF OKLA.
BY_____ DEPUTY