Prob12A (6/98)

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

**FILED**

SEP 29 2006

ROBERT D. DENNIS, CLERK
DIST. COURT, WESTERN DIST. OF OKL
BY _____, DEPUTY

## Report on Offender Under Supervision

Name of Offender: Timothy P. Southard                    Case Number: CR-06-63-HE

Name of Judicial Officer: The Honorable Joe Heaton

Date of Original Sentence: 03/30/2003

Original Offense: Possession of an Unregistered, Sawed-Off Shotgun

Original Sentence: 24 months custody of the USBOP with three years supervised release to follow.

Type of Supervision: Supervised Release          Date Supervision Commenced: 01/03/2006

---

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.** |

On or about 07/28/2006, Mr. Southard admitted to smoking marijuana and consuming alcohol. He requested help and to be placed back into substance abuse counseling.

U.S. Probation Officer Action: Mr. Southard was placed in individual substance abuse counseling and his urine and alcohol testing was increased. No Court action is requested at this time.

Prob 12A (6/98)                              2                    Timothy P. Southard
                                                                 CR-06-63-HE

Respectfully submitted by,                    Reviewed by,

Byron B. Boese                                Burle G. Steelman
Senior U.S. Probation Officer                 Supervising U. S. Probation Officer

Date: 08/17/2006                              Date: _8.17.06_____

---

[ X ]    Concur with Recommendation
[   ]    Submit a Request for Modifying the Condition or Term of Supervision
[   ]    Submit a Request for Warrant or Summons
[   ]    Other


_____8/21/06_____              _____
Date                                         Signature of Judicial Officer