Prob12C (10/99)

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma
## AMENDED
## Petition for Warrant or Summons for Offender Under Supervision

**FILED**
FEB 28 2007
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY



Name of Offender: Timothy Southard               Case Number: CR-06-63-HE

Name of Judicial Officer: The Honorable Joe Heaton

Date of Original Sentence: 03/30/2003

Original Offense: Possession of an Unregistered, Sawed-Off Shotgun.

Original Sentence: 24 months custody with three years supervised release to follow.

Type of Supervision: Supervised Release          Date Supervision Commenced: 01/03/2006

Asst. U.S. Attorney: to be assigned              Defense Attorney: to be assigned

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons **(Hearing already scheduled for Thursday, 3/1/2007, at 11am)**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.** |
| | Mr. Southard had the following positive urine samples: 11/21/2006, marijuana (confirmed by lab), 12/26/2006, marijuana (confirmed by lab), 12/27/2006 marijuana (client admitted and signed admission form), 01/08/2007, marijuana and cocaine (confirmed by lab), 01/22/2007, marijuana (confirmed by lab). |

    2      **The defendant shall participate is substance abuse aftercare:**

          Mr. Southard failed to provide breath tests on 11/13/2006, 12/21/2006, and 2/20/2007.

          Mr. Southard failed to provide a urine sample for testing on 2/20/2007.

    3      **The defendant shall participate is substance abuse aftercare:**

          Mr. Southard failed to attend substance abuse counseling on 12/11/2006, and 2/26/2007.

U.S. Probation Officer Recommendation:

[X]    The term of supervision should be
       [X]    revoked.
       [ ]    extended for years, for a total term of years.

[ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2-27-2007

_____
Byron B. Boese
Senior U.S. Probation Officer

Reviewed by,

_____
Burle G. Steelman
Supervising U. S. Probation Officer

Date:   2.27.07

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons    (need not duplicate prior summons if it has already issued)
[ ]    Other

Prob 12C (10/99)                                    3                                          Timothy Southard
                                                                                               CR-06-63-HE

_____                                         _____
Date                                                              Signature of Judicial Officer

Prob 12C (10/99)                                    3                                          Timothy Southard
                                                                                               CR-06-63-HE