```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                  WESTERN DISTRICT OF OKLAHOMA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CR-06-63-HE |
| ) | |
| TIMOTHY SOUTHARD, ) | |
| ) | |
| Defendant. ) | |

ORDER CONTINUING HEARING ON VIOLATIONS OF SUPERVISED RELEASE

On March 1, 2007, a hearing was held on an Amended Petition, filed February 28, 2007, alleging the defendant, Timothy Southard, violated the conditions of his supervised release by testing positive for illegal drugs, failing to provide breath tests and urine samples, and failing to appear for substance abuse counseling sessions. Mr. Southard appeared personally, and through his counsel, Assistant Federal Public Defender June E. Tyhurst. The government was represented by Assistant United States Attorney Randy Sengel. United States Probation Officer Byron Boese also appeared.

Mr. Southard admitted the violations as alleged. His counsel recommended the Court continue the hearing and allow Mr. Southard to enter residential inpatient treatment at Drug Recovery Inc. Counsel for the government and the probation officer advised they

1

do not oppose this recommendation.

THE COURT ORDERS THIS HEARING CONTINUED until June 4, 2007, at 10:00 a.m., with the expectation that the probation officer, under the authority that presently exists, will require the defendant, Mr. Southard, to participate in inpatient treatment for at least 30 days, or for an extended period of time if directed by the probation officer. Upon Mr. Southard's completion of the inpatient treatment, the court can assess at the June 4, 2007, hearing whether further action by the court is necessary.

IT IS SO ORDERED this 2ND day of March, 2007.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JOE HEATON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2